UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 22-MJ-804 (JTH)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MOHAMED MUSE NOOR,

    Defendant.

**MOTION TO UNSEAL**

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Joseph H. Thompson, Harry M. Jacobs, Chelsea A. Walcker, Matthew S. Ebert, and Joseph S. Teirab, Assistant United States Attorneys, hereby moves the Court for an order to unseal the case, including the Complaint, in the above-referenced matter.

This motion is based upon the records and proceedings in this matter. Specifically, on September 26, 2022, the government requested that the Complaint be sealed because the defendant had not yet been arrested and the public filing of these materials could alert the defendant and result in their flight and destruction of evidence. Because Mr. Noor has now been apprehended, the government no longer has flight and destruction of evidence concerns, and thus unsealing is warranted.

Dated: September 26, 2022        Respectfully Submitted,

                                      ANDREW M. LUGER
                                      United States Attorney

                                      *s/Harry M. Jacobs*
BY:    JOSEPH H. THOMPSON
          HARRY M. JACOBS
          CHELSEA A. WALCKER
          MATTHEW S. EBERT
          JOSEPH S. TEIRAB
          Assistant U.S. Attorneys