22-mj-804 JTH
RULE 5 DOCS

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> v. <br><br> Mohamed M. Noor <br>     Defendant. | ) <br> ) <br> ) <br> )     Case No.: 22 CR 474 <br> )     Magistrate Judge Susan E. Cox <br> ) <br> ) |

## ORDER

Detention hearing held on 09/28/2022. For the reasons stated in open court, the Government's motion for removal in custody is denied and defendant, Mohamed M. Noor is ordered released. Enter Order Setting Conditions of Release. Defendant, Mohamed M. Noor is directed to appear to answer the pending charges in the United States District Court, District of Minnesota, Minneapolis Division as directed. All matters relating to the removal proceedings of Mohamed M. Noor in the Northern District of Illinois are hereby terminated.

(00:30)

Entered: 09/28/2022

_____
SUSAN E. COX , US MAGISTRATE JUDGE

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ LAUREN KNIGHT
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
September 29, 2022

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 22cr474 |
| Mohamed M. Noor | ) | |
| | ) | Charging District: District of Minnesota |
| Defendant | ) | Charging District's Case No. 22-MJ-804 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Diana E. Murphy United States Courthouse<br>300 South Fourth Street, Suite 202<br>Minneapolis, MN 55415 | Courtroom No.: Courtroom 14W |
|---|---|---|
| | | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 09/28/2022

*Judge's signature*

Susan E. Cox, United States Magistrate Judge
*Printed name and title*

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ LAUREN KNIGHT
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
September 29, 2022

TERMED

# United States District Court
# Northern District of Illinois - CM/ECF NextGen 1.6.3 (Chicago)
# CRIMINAL DOCKET FOR CASE #: 1:22-cr-00474-1 *SEALED*
# Internal Use Only

Case title: USA v. Suppressed
Other court case number: 22-MJ-804 USDC for the District of Minnesota

Date Filed: 09/26/2022
Date Terminated: 09/28/2022

Assigned to: Honorable Susan E. Cox

**Defendant (1)**

**Mohamed M. Noor**
*TERMINATED: 09/28/2022*

represented by **Jasmine J. Johnson**
Federal Defender Program
55 E.Monroe St.
Ste 2800
Chicago, IL 60603
312-621-8348
Email: jasmine_johnson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                             **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                    **Disposition**
18:3146.F Failure to appear

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By s/ LAUREN KNIGHT
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
October 14, 2022

**Plaintiff**

CASE 0:22-mj-00804-JTH   Doc. 9   Filed 10/17/22   Page 4 of 5

| USA | represented by | **Pretrial Services** |

.
(312) 435-5793
Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

**Sushma Raju**
DOJ-USAO
Northern District Illinois
219 S. Dearborn Ave.
Ste Fifth Floor
Chicago, IL 60604
312-353-3400
Email: sushma.raju@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2022 | 🔒 [1](#) | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Susan E. Cox as to Mohamed M. Noor (1). (lxk, ) (Entered: 09/26/2022) |
| 09/26/2022 |  | ARREST of defendant Mohamed M. Noor. (lxk, ) (Entered: 09/26/2022) |
| 09/26/2022 |  | ORAL MOTION by USA for detention as to Mohamed M. Noor. (lxk, ) (Entered: 09/26/2022) |
| 09/26/2022 | [2](#) | ORDER as to Mohamed M. Noor: Removal proceedings held on 09/26/2022. Defendant appears in response to arrest on 09/26/2022. Defendant informed of his constitutional rights. The Court finds that Defendant is unable to afford counsel. Attorney Jasmine J. Johnson of the Federal Defender Program is assigned as counsel for defendant. Defendant informed of the charges against him and of the possible sentence and fine if convicted of those charges. Defendant waives his right to an identify hearing. The Court makes a finding that Defendant is the individual named in the charging documents. The Government's oral motion for detention based on defendant being a risk of flight is entered and continued to 09/28/2022 at 9:30 a.m. by phone. The call-in information is 888-864-8852 and the passcode is 1664086. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the Court, with both the prosecutor and defense counsel present, confirms the Government's obligation to disclose favorable evidence to the |

| | | | |
|---|---|---|---|
| | | | accused under Brady vs. Maryland, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under Brady need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. Defendant is remanded into the custody of the United States Marshals Service until further order of the Court. Signed by the Honorable Susan E. Cox on 9/26/2022. (lxk, ) (Entered: 09/26/2022) |
| 09/26/2022 | 🔒 | 3 | FINANCIAL Affidavit filed by Mohamed M. Noor (SEALED). (lxk, ) (Entered: 09/26/2022) |
| 09/26/2022 | | 4 | ORDER Appointing Counsel as to Mohamed M. Noor. Signed by the Honorable Susan E. Cox on 9/26/2022. (lxk, ) (Entered: 09/26/2022) |
| 09/26/2022 | | 5 | ATTORNEY Appearance for defendant Mohamed M. Noor by Jasmine J. Johnson. (lxk, ) (Entered: 09/26/2022) |
| 09/28/2022 | | 6 | ORDER as to Mohamed M. Noor: Detention hearing held on 09/28/2022. For the reasons stated in open court, the Government's motion for removal in custody is denied and defendant, Mohamed M. Noor is ordered released. Enter Order Setting Conditions of Release. Defendant, Mohamed M. Noor is directed to appear to answer the pending charges in the United States District Court, District of Minnesota, Minneapolis Division as directed. All matters relating to the removal proceedings of Mohamed M. Noor in the Northern District of Illinois are hereby terminated. Signed by the Honorable Susan E. Cox on 9/28/2022. (lxk, ) (Entered: 09/29/2022) |
| 09/28/2022 | 🔒 | 7 | ORDER Setting Conditions of Release as to Mohamed M. Noor in amount of $4,500.00, unsecured. Signed by the Honorable Susan E. Cox on 9/28/2022. (lxk, ) (Entered: 09/29/2022) |
| 09/28/2022 | 🔒 | 8 | APPEARANCE Bond as to Mohamed M. Noor in the amount of $4,500.00, unsecured. (lxk, ) (Entered: 09/29/2022) |
| 09/28/2022 | | 9 | ORDER Requiring a Defendant to appear in the District where charges are pending and transferring bail as to Mohamed M. Noor. Signed by the Honorable Susan E. Cox on 9/28/2022. (lxk, ) (Entered: 09/29/2022) |
| 09/29/2022 | | 10 | CERTIFIED and Transmitted to District of Minnesota via email the complete record consisting of transmittal letter, docket sheet, order, bond transfer, order setting conditions of release, appearance bond, and financial affidavit as to Mohamed M. Noor. (lxk, ) (Entered: 09/29/2022) |